# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALLERGAN, INC.

          Plaintiff           Civil No.     13-264 (RJL)

vs.

KATHLEEN SEBELIUS           Category     C

          Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Oct 9, 2014 from Judge Tanya S. Chutkan to Judge Richard J. Leon by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Tanya S. Chutkan   & Courtroom Deputy
Judge Richard J. Leon   & Courtroom Deputy
Liaison, Calendar and Case Management Committee